WILLIAM S. HARBISON, PLAINTIFF IN ERROR, v. CAMDEN AND SUBURBAN RAILWAY COMPANY, DEFENDANT IN ERROR.

Submitted July 6, 1908—Decided November.16, 1908.

On error to the Supreme Court, whose opinion is reported in 45 *Vroom* 252.

For the plaintiff in error, *Francis D. Weaver.*

For the defendant in error, *Lewis Starr.*

·PER CURIAM.

For the reasons expressed in the opinion of Chief Justice Gummere, in the Supreme Court, the judgment under review herein will be affirmed.

*For affirmance*—REED, PARKER, BERGEN, VOORHEES, VROOM, GREEN, DILL, J.J.   7.

*For reversal*—THE CHANCELLOR, TRENCHARD, MINTURN, BOGERT, VREDENBURGH, J.J.   5.